# ALABAMA COURT OF CRIMINAL APPEALS



June 21, 2024

**CR-2023-0867**

State of Alabama v. Joshua Lamont MacGrady (Appeal from Jefferson District Court:  DC-22-1555)

## <u>NOTICE</u>

You are hereby notified that on June 21, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk